**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. FILED: APRIL 14, 2008 |
| v. | ) ) | 08 CV 2100    JH |
| JOHN ORTH, | ) ) | JUDGE NORGLE |
| Defendant. | ) ) ) | MAGISTRATE JUDGE VALDEZ |

**CITIGROUP GLOBAL MARKETS INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Citigroup Global Markets Inc., d/b/a Smith Barney, states that it is owned by Citigroup Financial Products Inc., which is owned by Citigroup Global Markets Holdings Inc.  Citigroup Inc., a publicly traded company, owns Citigroup Global Markets Holdings Inc.'s stock.

Dated:  April 14, 2008

Respectfully submitted,

CITIGROUP GLOBAL MARKETS INC.,
d/b/a SMITH BARNEY

By:     /s/ Gary M. Miller
         One of Its Attorneys

Gary M. Miller
Daniel M. Hinkle
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
(312) 704-7700

148160v1