# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  08-CV-2100 |
| v. | ) ) | Judge Norgle |
| JOHN ORTH, | ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO:    John Orth
       Wachovia Securities
       55 Shuman Boulevard
       Suite 750
       Naperville, IL 60563

       PLEASE TAKE NOTICE that on Tuesday, April 15, 2008 at **12:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle in Room 2341 at Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present for hearing **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**, a copy of which is attached hereto and herewith served upon you.

Dated:  April 14, 2008           CITIGROUP GLOBAL MARKETS INC., d/b/a
                                SMITH BARNEY


                                        _____/s/ Gary M. Miller_____
                                         One of Its Attorneys

Gary M. Miller
Daniel M. Hinkle
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
(312) 704-7700

148597v1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that he caused the VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF, NOTICE OF MOTION, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PROPOSED] TEMPORARY RESTRAINING ORDER; and APPENDIX OF  UNPUBLISHED AUTHORITIES IN MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION to be served on Defendant via the following this 14th day of April, 2006:

<u>via Federal Express to</u>:

John Orth
1921 Edinburgh Lane
Aurora, IL 60504

John Orth
Wachovia Securities
55 Shuman Boulevard
Suite 750
Naperville, IL 60563

<u>via facsimile to</u>:

John Orth
Wachovia Securities
Facsimile No. (630) 548-6170

and via Federal Express to:

Director of Arbitration
FINRA Regulation, Inc.
1 Liberty Plaza
165 Broadway
27th Floor
New York, NY  10006

in addition, Counsel spoke with the defendant via telephone and notified him personally of the pending Motion.

_____/s/ Gary M. Miller_____