
Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2100 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Citigroup Global Markets, Inc d/b/a Smith Barney vs. John Orth | | |

**DOCKET ENTRY TEXT**

Enter Order Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction against Defendant John Orth is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|