**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS INC., d/b/a SMITH BARNEY, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  08-CV-2100 |
| v. | ) ) | Judge Norgle |
| JOHN ORTH, | ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a), this action is hereby dismissed in its entirety without prejudice, each party to bear its own costs.

AGREED:

**CITIGROUP GLOBAL MARKETS INC.,**          **JOHN ORTH**
**d/b/a SMITH BARNEY**


By: /s/Daniel M. Hinkle                          By: /s/John D. Burke (with consent)
   Gary M. Miller                                      John D. Burke
   Daniel M. Hinkle                                    Joan G. Ritchey
   GRIPPO & ELDEN LLC                                  ICE MILLER LLP
   111 South Wacker Drive                              200 W. Madison, Suite 3500
   Chicago, IL  60606                                  Chicago, IL  60606
   (312) 704-7700                                      (312) 726-8148

## CERTIFICATE OF SERVICE

I, Daniel M. Hinkle, an attorney, certify that on June 10, 2008, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to be served via Electronic Mail Transmission via ECF as to Filing Users, and by U.S. Mail, postage prepaid, to non-Filing Users, upon the following counsel:

John D. Burke
Joan G. Ritchey
ICE MILLER LLP
200 W. Madison, Suite 3500
Chicago, IL 60606
(312) 726-8148

Pete S. Michaels, Esq.
Michaels, Ward & Rabinovitz, LLP
12 Post Office Square
4th Floor
Boston, MA 02109

/s/ Daniel M. Hinkle

152430v1